UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20720-CIV-LENARD/O'SULLIVAN

DOUGLAS LONGHINI,

    Plaintiff,

v.

FDG FLAGLER STATION PHASE I, LLC and SUGAR SMOKE, LLC d/b/a CAPTAIN JIMMY'S,

    Defendant.

_____/

## NOTICE OF SETTLEMENT AS TO ALL PARTIES

Plaintiff DOUG LONGHINI ("**Plaintiff**") hereby notifies this Court that Plaintiff has settled the instant case with Defendants FDG FLAGLER STATION PHASE I, (**"Defendant, FLAGLER"**) and SUGAR SMOKE LLC (**"Defendant, SUGAR"**). The undersigned expects all settlement correspondence to be completed within the next twenty (20) days. The parties will file a Joint Stipulation of Dismissal upon receipt of a fully executed settlement agreement. Additionally, based on the foregoing, Plaintiff requests that the Court extend the pending deadlines so that the parties not incur unnecessary attorney's fees and costs.

    Respectfully Submitted,

    s/ Joshua Howard Sheskin
    Joshua Howard Sheskin, Esq.,
    Florida Bar No. 93028
    Federal Disability Advocates, LLC
    4300 Biscayne Blvd., Suite 305
    Miami, Florida 33137
    Telephone: (305) 717-7530
    E-mail:  jsheskin@jltrial.com
    *COUNSEL FOR PLAINTIFF*

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on June 22, 2017, via CM/ECF on all noticed parties.

s/Joshua H. Sheskin Esq.
Joshua H. Sheskin, Esq.
Bar #93028
